DANIEL E. DRISCOLL, Respondent, v. LEONARD SHAPIRO, Appellant.— Judgment and order in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA GIAMBALVO, as Administratrix, etc., of ANGELO GIAMBALVO, Deceased, Respondent, v. WALLABOUT BASIN STORAGE & TERMINAL CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JACOB GREENBERG, Appellant, v. ALEXANDER H. ROSENBAUM, Respondent.— Order in so far as it denies plaintiff's motion to examine the defendant before trial and to require upon the examination the production of certain books and documents reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; the examination to proceed at the time and place to be designated in the order. The appeal from the order denying a resettlement of the order now reversed dismissed, without costs, in view of the disposition of the appeal from that order. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in Nineteenth Street (Barclay Street), Twenty-fifth Avenue (Hoyt Avenue), Twenty-first Avenue (Van Alst Avenue), Twenty-third Street (Hallett Street), Twenty-fourth Street (Howland Street), Crescent Street, Merchant Street, Twenty-seventh Street (Goodrich Street), Twenty-eighth Street (Chauncey Street), Twenty-ninth Street (Lawrence Street) and Thirty-first Street (Second Avenue), in the Borough of Queens, City of New York, Duly Selected as a Site for the Triborough Bridge by the Department of Plant and Structures and Approved by the Board of Estimate and Apportionment According to Law. HOYT AVENUE GARDENS, INC., and SAMUEL UNTERMYER, Appellants; THE CITY OF NEW YORK, Respondent.— Order granting respondent's motion to vacate notice of trial and denying appellants' motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Application of HOYT AVENUE GARDENS, INC., Petitioner, for a Peremptory Mandamus Order against ARTHUR J. W. HILLY, Corporation Counsel of the City of New York, Defendant, Directing Said ARTHUR J. W. HILLY, as Corporation Counsel of the City of New York, to Forthwith Serve upon All Parties or Their Attorneys Who Have Appeared in a Certain Proceeding Entitled: " In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in Nineteenth Street (Barclay Street), Twenty-fifth Avenue (Hoyt Avenue), Twenty-first Avenue (Van Alst Avenue), Twenty-third Street (Hallett Street), Twenty-fourth Street (Howland Street), Crescent Street, Merchant Street, Twenty-seventh Street (Goodrich Street), Twenty-eighth Street (Chauncey Street,) Twenty-ninth Street (Lawrence Street) and Thirty-first Street (Second Avenue), in the Borough of Queens, City of New York, Duly Selected as a Site for the Triborough Bridge by the Department of Plant and Structures and Approved by the Board of Estimate and Apportionment, According to Law," a Notice of Trial of Said Proceeding and to File a Note of Issue with the Clerk of the Supreme Court of Queens County in Which the Trial of Said Proceeding Is to Be Had, Pursuant to the Law in Such Case Made and Provided. HOYT AVENUE GARDENS, INC., Appellant; THE CITY OF NEW

YORK, Respondent.— Order denying motion for a peremptory mandamus order affirmed in the exercise of discretion, with costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Petition of JAMES R. McCAFFERTY and FLORENCE MEYER to Render and Settle Their Intermediate Account as Executors, etc., of JAMES A. McCAFFERTY, Late of the County of Kings, Deceased. JAMES R. McCAFFERTY and FLORENCE MEYER, as Executors, etc., of JAMES A. McCAFFERTY, Deceased, and KATHRYN P. KITCHING, Individually and as Administratrix, etc., of CATHERINE A. STUBBERT, Deceased, Appellants; MARY FERGUSON and Others, Respondents. — Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [142 Misc. 371.]

MARY PAOLUCCI, Respondent, v. BARTHOLOMEW PAOLUCCI, Appellant.— Order awarding alimony *pendente lite* and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

LEONORE SALMON, Respondent, v. JACQUES SALMON, Appellant.— Order modifying final decree affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JOSEPHINE VOGT, Appellant, v. JOSEPH VOGT, Respondent. — Judgments, in so far as the complaint is dismissed, unanimously affirmed, without costs. In all other respects the judgments are reversed on the law and the facts, with costs to plaintiff against defendant, and defendant's counterclaim dismissed, with costs. In our opinion, the complaint was properly dismissed by the trial court because of lack of proof, and the testimony does not establish the commission of any of the offenses alleged in the counterclaim. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

In the Matter of the Application of AUBREY LEONARD ASHBY for Admission to the Bar (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of FRANCIS H. FASSETT for Admission to the Bar (From the State of Ohio.)— Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

SOPHIE SOREN, Respondent, v. A. SCHOTTLAND, INC., Appellant. (Appeal No. 1.) — On argument, order granting plaintiff's motion for an examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

SOPHIE SOREN, Respondent, v. A. SCHOTTLAND, INC., Appellant. (Appeal No. 2.) — On argument, order denying motion to increase the amount of the undertaking to the sum of $50,000 reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of increasing the amount to the sum of $2,000. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ALDORN GARAGE CORPORATION, Appellant, v. CASEY JONES, Respondent.— On argument, order granting motion to open default reversed on the law and the